### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD RUSNAK, | Civil Action No.   2:23-cv-175 |
| Plaintiff, | *ELECTRONICALLY FILED* |
| v. | |
| ALLEGENT COMMUNITY FEDERAL CREDIT UNION, | |
| Defendant. | |

### NOTICE OF REMOVAL

To:   The Honorable Judges of the United States District Court
for the Western District of Pennsylvania

Defendant Allegent Community Federal Credit Union ("Allegent"), in accordance with the applicable Federal Rules of Civil Procedure and Title 28 of the United States Code §§ 1331, 1441, and 1446, files this Notice of Removal and removes the action entitled "Edward Rusnak v. Allegent Community Federal Credit Union" that was originally filed in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, to the United States District Court for the Western District of Pennsylvania. Removal of this action is based upon the following:

### BACKGROUND

1. Plaintiff instituted this action in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, by filing a Complaint on January 3, 2023. A copy of the Complaint filed by Plaintiff in the state-court action is attached as Exhibit A.

2. Allegent received notice of the Complaint via email on January 3, 2023.

3. Allegent has not filed an answer or other pleading in the Court of Common Pleas of Allegheny County.

**VENUE**

4. The Court of Common Pleas of Allegheny County, where Plaintiff's Complaint was filed, is within this Court's District. This action is therefore properly removable to this Court under 28 U.S.C. § 1446(a).

**REMOVAL IS PROPER**
**BASED ON FEDERAL-QUESTION JURISDICTION**

5. This action is within the original jurisdiction of this Court under 28 U.S.C. § 1331 because Plaintiff's civil action arises under federal law. *See Merrell Dow Pharmaceuticals, Inc. v. Thompson*, 478 U.S. 804, 808 (1986) (A "suit arises under the law that creates the cause of action.") (Internal citations omitted).

6. In his Complaint, Plaintiff asserts the following thirteen causes of action against Allegent:

   1. Count I: Breach of Contract pursuant to of Pennsylvania Common Law;
   2. Count II: Action for Unpaid Wages pursuant to the Pennsylvania Wage Payment and Collection Law, 42 P.S. § 260.1 et seq.;
   3. Count III: Discrimination on the Basis of Disability pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.;
   4. Count IV: Failure to Accommodate/Retaliation pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.;
   5. Count V: Discrimination on the Basis of Age pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq.;
   6. Count VI: Discrimination on the Basis of Sex pursuant to Title VII, 42 U.S.C. § 2000e et seq.;
   7. Count VII: Interference with Rights pursuant to the Employee Retirement Income Security Act, 29 U.S.C. § 1140 et seq.;
   8. Count VIII: Discrimination of the Basis of Disability pursuant to the PHRA, 43 P.S. § 951 et seq.;
   9. Count IX: Failure to Accommodate/ Retaliation pursuant to the PHRA, 43 P.S. § 951 et seq.;

    10.    Count X: Discrimination on the Basis of Age pursuant to the PHRA, 43 P.S. § 951 et seq.;

    11.    Count XI: Discrimination on the Basis of Sex pursuant to the PHRA, 43 P.S. § 951 et seq.;

    12.    Count XII: Defamation pursuant to the Pennsylvania Uniform Single Publication Act, 42 Pa. Cons. Stat. § 8341, et seq; and

    13.    Count XIII: Breach of Contract pursuant to Pennsylvania Common Law.

7.    Counts III, IV, V, VI, and VII arise under federal law.

8.    As pleaded, all of Plaintiff's claims derive from a "common nucleus of operative fact" related to his employment with and termination from Allegent. *City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997).

9.    Plaintiff's claims against Allegent depend on the same alleged adverse employment actions taken by Allegent against Plaintiff.

10.    For these reasons, Plaintiff's federal and state law claims form part of the same case or controversy so that this Court may exercise pendent jurisdiction over Plaintiff's supplemental claims under Pennsylvania law. 28 U.S.C. § 1367(a); 28 U.S.C. § 1441(c).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

11.    Based on the date of Plaintiff's service of the Complaint, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b), because Allegent has removed within 30 days of notice of Plaintiff's Complaint from which Allegent could ascertain that this action is removable.

12.    Copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, are attached to this Notice of Removal as Exhibit B, in accordance with 28 U.S.C. § 1446(a).

13.    Upon filing this Notice of Removal, Allegent will provide a written notification to Plaintiff and will file a Notice of Filing of Notice of Removal with the clerk of the Court of

Common Pleas of Allegheny County, Commonwealth of Pennsylvania. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit C (without exhibits).

14. Allegent files this Notice without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has stated claims upon which relief can be granted, and without conceding that Plaintiff is entitled to any damages against Allegent in any amount.

WHEREFORE, Allegent requests that the United States District Court for the Western District of Pennsylvania accept the removal of this action from the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania and direct that the Court of Common Pleas have no further jurisdiction over this matter.

Date: February 2, 2023

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Marla N. Presley*
Marla N. Presley
PA ID No. 91020
Marla.Presley@jacksonlewis.com
Emily E. Town
PA ID No. 309881
Emily.Town@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 232-0404 | Telephone
(412) 232-3441 | Facsimile

*Counsel for Defendant*

4

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD RUSNAK, ) | |
| ) | Civil Action No. _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALLEGENT COMMUNITY FEDERAL ) | *ELECTRONICALLY FILED* |
| CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |

### **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, and have provided a courtesy copy to Plaintiff's counsel of record at the following address, via mail:

James B. Lieber
Jacob M. Simon
Lieber Hammer Huber & Paul, P.C.
1722 Murray Ave., 2nd Floor
Pittsburgh, PA 15217
jlieber@lhhb0law.com
jsimon@lhhb-law.com


*/s/ Marla N. Presley*
Marla N. Presley